Argued and submitted May 27, affirmed June 26, 2003

STATE OF OREGON,
*Respondent,*

*v.*

TIMOTHY STUART HARRINGTON,
*Appellant.*

00C52038, 00C54839; A115911 (Control), A115912
(Cases Consolidated)

71 P3d 572

Kimi Nam, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Laura S. Anderson, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Brooks*, 187 Or App 388, 67 P3d 426 (2003).